FILED

JUN 2 6 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
Civil _____ DIVISION

Carl Eric Harris, Sr

_____

_____

_____

**Name of Plaintiff(s)**

vs

The Home Depot
_____

_____

_____

**Name of Defendant(s)**

Case Number: ~~EEOC 450-2022-07813~~

4:23cv598-SDJ-AGD

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..   Plaintiff, _____Carl Eric Harris, Sr_____, is a citizen of the United States
            (name of plaintiff)

and resides at ___106 Berry Manor Cir_____, ___St. Peters____,
                        (street address)                          (city)

___St Charles____, ___Mo___, ___63376___, ___314-769-1583___.
    (county)          (state)      (zip)            (telephone)

3.. Defendant, __The Home Depot__, resides at, or its business is
(name of defendant)

located at __2455 Paces Ferry Road SE # C21__, __Northwest Atlanta__
(street address)                                    (city)

__Cobb__, __Atlanta__, __30339__, __770-433-8211__.
(county)      (state)      (zip)      (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at __11419 Ferrell Dr__, __Dallas__,
(street address)                              (city)

_____, __Tx__, __75234__.
(county)      (state)      (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about __July 15, 2022__.
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __3-6-2023__.
(month, day,  year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on __3-29-2023__.
(month day, year)

8.    Because of plaintiff's (1) __X__ race, (2) _____ color, (3) _____ sex,

(4) _____ national origin,   defendant:

a.    _____ failed to employ plaintiff.

b.    __X__ terminated plaintiff's employment.

c.    _____ failed to promote plaintiff.

d.    _____ Other _____

_____

_____

9.    The circumstances under which the defendant discriminated against plaintiff were as follows:

During my time with The Home Depot I was in the Home Services division, for six years as a Sales Manager. I received positive performance evaluations and increasing responsibilties prior to the events leading up to my termination. I was the top performing Sales manager in the District in the prior year and continuing up to the point of baseless disciplinary actions leading to termination.

In 2020 I demonstrated interested in a promotion to a higher level open position in my office. It was meet with harsh baseless disciplinary action. The position was filled with my subsequent peer and subsequent new Supervisor, Ms. Elisa Etter, a Hispanic Female. In December of 2021 immediaetly after taking charge Ms. Etter began steps to lower my position for advancement with the company.

,She unilaterally reassigned me to a smaller district, which I had to rebuild and assigned my district, a much bigger a profitable district, to a newly hired Sales manager with much less experience.

This new Sales manager's name is Damien Rameriz, and he is Hispanic.

Ms Etter wrote me up for not remembering some ones name, a sign misplaced in the store and being late for a meeting. All of which no one would be formal disciplined for in our office. In responses I filed a complaint with Human Resources. Ms Etter retaliated with more baseless charges and fired me after I was a few minutes late for a minute, where I had someone in my place to start the meeting.

This action came shortly after I filed discrimination complaint with HR in April of 2022.

I have a protected right not to be retaliated against for filing a discrimination complaint, which was violated.

I had a consistently high job performance in our district and was award Top Region Sales Manager right before I was terminated. Yet, I was terminated for job performance. For this reason only I beleive I was wrongfully terminated.

10.   The acts set forth in paragraph 9 of this complaint:

    a.   \_\_\_\_\_   are still being committed by defendant.

    b.   \_\_X\_\_   are no longer being committed by defendant.

    c.   \_\_\_\_\_   defendant may still be committing the acts.

11.   Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a.   \_\_\_\_\_   Defendant be directed to employ plaintiff.

    b.   \_\_\_\_\_   Defendant be directed to re-employ plaintiff.

    c.   \_\_\_\_\_   Defendant be directed to promote plaintiff.

    d.   \_\_X\_\_   Defendant be directed to _Loss earning, personal and emotional damages_ and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_____
(Signature of Plaintiff)